IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DUANE FRANKLIN,

      Petitioner,                    No. CIV S-08-1358 MCE GGH P

    vs.

M. KNOWLES, et al.,

      Respondents.            <u>ORDER</u>

                               /

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. <u>See</u> 28 U.S.C. § 1915(a).

        On July 24, 2008, the court ordered respondent to file a response to the original petition. On July 18, 2008, petitioner filed an amended petition. Accordingly, the June 24, 2008, order is vacated, and respondent is ordered to file a response to the amended petition.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted;

2. The July 24, 2008, order is vacated;

3. Respondents are directed to file a response to petitioner's amended habeas petition filed July 18, 2008, within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

4. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

5. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

6. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: 08/08/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

frank1358.ame