IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DUANE FRANKLIN,

      Petitioner,                    No. CIV S-08-1358-MCE-GGH P

   vs.

M. KNOWLES, et al.,

      Respondents.              <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file an opposition to respondent's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's September 12, 2008, request for an extension of time is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file his opposition to respondent's motion to dismiss.

DATED: 09/19/08

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:cm
fran1358.111