IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DUANE FRANKLIN,

        Petitioner,               No. CIV S-08-1358 MCE GGH P

      vs.

M. KNOWLES, et al.,

        Respondents.        ORDER

_____/

        Petitioner has requested an extension of time to file and serve objections to the December 1, 2008 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Petitioner's December 11, 2008 request for an extension of time (Docket No. 21) is granted; and

        2.  Petitioner is granted thirty days from the date of this order in which to file objections to the December 1, 2008 findings and recommendations.

DATED: December 23, 2008

                /s/ Gregory G. Hollows

                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

GGH:mp; fran1358.111(2)